**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MARVIN VASQUEZ RAMOS, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02806-SHL-atc |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,[1] | ) ) ) ) | |
|     Respondent. | ) | |

**ORDER STAYING TRANSFER AND REQUIRING RESPONSE**

On July 6, 2026, pro se Petitioner Marvin Vasquez Ramos filed the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241.  (ECF No. 2.)  Vasquez Ramos challenges his continued detention "without an individualized custody determination."  (Id. at PageID 7.)  He states that he "has strong community ties, a U.S. citizen fiancee, and is willing to comply with all immigration proceedings."  (Id. at PageID 8.)  He remains detained at the West Tennessee Detention Facility and seeks release from Respondent's custody.  (Id. at PageID 2, 8.)

On May 11, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing.  175 F.4th at 734.

---

[1] The only proper Respondent in this action is Christopher Bullock, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement.  See Rosciszewski v. Adducci, 983 F. Supp. 2d 910, 913–14 (E.D. Mich. 2013) ("[T]he ICE District Director is the proper respondent in a habeas petition brought by an alien, since the District Director has power over such aliens.").  Accordingly, the West Tennessee Detention Facility is dismissed from the case.

Upon review of the Petition, it is **ORDERED** as follows:

(1)    The Clerk of Court shall email copies of **the Petition (ECF No. 2) and this Order (ECF No. 5)** to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

(2)    Respondent shall respond to the Petition in writing within **two business days**.  If the basis of Vasquez Ramos's detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), or state why Lopez-Campos otherwise does not apply.  If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

(3)    Vasquez Ramos may file a reply after Respondent's responsive filing.

(4)    Respondent shall not transfer Vasquez Ramos out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 9th day of July, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2