**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MARVIN VASQUEZ RAMOS, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) ) ) ) ) | No. 2:26-cv-02806-SHL-atc |
| Respondent. | ) ) ) | |

**ORDER GRANTING MOTION TO UPDATE ADDRESS AND
REQUEST FOR STATUS OF HABEAS CORPUS PETITION**

Before the Court is pro se Petitioner Marvin Vazquez Ramos's Motion to Update Address and Request for Status of Habeas Corpus Petition, filed July 27. (ECF No. 13.) Petitioner states that he was transferred to a detention facility in Winnfield, Louisiana, before being transferred back to the West Tennessee Detention Facility. (Id. at PageID 40.) Because of these transfers, "Petitioner is concerned that correspondence from the Court may not have reached him." (Id. at PageID 41.) Searching by Petitioner's A-Number and his birth country of Guatemala, the Court confirms that he is now indeed back in Tennessee. See Search, U.S. Immigration and Customs Enforcement, https://locator.ice.gov/odls.

Accordingly, the Clerk is **DIRECTED** to change Petitioner's address again as follows:

> Marvin Vazquez Ramos
> A 221446491
> West Tennessee Detention Facility
> 6299 Finde Naifeh Jr. Drive
> Mason, TN 38049

The Clerk is further **DIRECTED** to mail Petitioner copies of Respondent's response (ECF No.

7), the Court's July 20 Order Granting Motion for Extension of Time (ECF No. 9), and this Order (ECF No. 14).   Pursuant to the July 20 order, Petitioner must file his reply within **fourteen days** of the receipt of the copy of Respondent's response.

  **IT IS SO ORDERED,** this 29th day of July, 2026.

        s/ Sheryl H. Lipman
        SHERYL H. LIPMAN
        CHIEF UNITED STATES DISTRICT JUDGE